NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1077
(Cancellation No. 92/041,358)

MITSUBISHI MOTORS NORTH AMERICA, INC.,

Appellant,

v.

MONACO COACH CORPORATION,

Appellee.

Appeal from the United States Patent and Trademark
Trial and Appeal Board.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Mitsubishi Motors North America, Inc. moves without opposition for a 60-day

extension of time, until July 21, 2009, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAY 2 9 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David M. Kelly, Esq.
Mark J. Liss, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK